UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROBERTO ZURITA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASSET & CAPITAL MANAGEMENT GROUP, A California Corporation, and DOES 1-10, Inclusive,<br><br>　　　　　　　　　　Defendant. | Civil No.　09cv616-WQH (CAB)<br><br>**ORDER SETTING SECOND OSC REQUIRING PERSONAL APPEARANCE OF THAI HAN, AGENT FOR SERVICE OF PROCESS OF ASSET & CAPITAL MANAGEMENT GROUP**<br>**[Doc. No. 26]** |

On August 19, 2009, Plaintiff JUAN ROBERTO ZURITA filed an application for an order to show cause why a subpoena *duces tecum* should not be enforced. [Doc. No. 13.] A Subpoena in a Civil Case dated July 7, 2009 [Doc. Nos. 16 and 17], was served on the Custodian of Records of (non-appearing/defaulted Defendant) ASSET & CAPITAL MANAGEMENT GROUP on July 14, 2009 [Doc. No. 13-3, Exhibit 8; Doc. No. 16]. Plaintiff having duly served the subpoena upon the Custodian of Records of ASSET & CAPITAL MANAGEMENT GROUP, and ASSET & CAPITAL MANAGEMENT GROUP having failed to comply within the period designated in the subpoena, this Court issued on Order to Show Cause ("OSC") and ordered the following:

　　　　1. ASSET & CAPITAL MANAGEMENT GROUP shall appear on **September 11, 2009**, at **2:00 p.m.** in Courtroom E of the United States Courthouse located at 940 Front St. San Diego, CA, 92101, and **SHOW CAUSE** why it should not be compelled to comply with the subpoena issued to it;
　　　　2. On or before **August 27, 2009**, Petitioner shall serve ASSET & CAPITAL MANAGEMENT GROUP with a copy of this Order to Show Cause along with the Application on which the Order is based and all supporting documents; and
　　　　3. On or before **September 8, 2009**, ASSET & CAPITAL MANAGEMENT GROUP shall file a response to this Order to Show Cause as to why the subpoena *duces*

1

*tecum* should not be enforced. [Doc. No. 19.]

On August 29, 2009, plaintiff filed an ex parte application for a new hearing date for the OSC because plaintiff's counsel was unable to serve the OSC and underlying papers on ASSET & CAPITAL MANAGEMENT GROUP within the time period ordered by the court. [Doc. No. 20.] On September 1, 2009, this Court granted the ex parte application and reset the OSC date for October 9, 2009, at 1:30 p.m. [Doc. No. 21.] The Court's orders and the underlying application were then served on ASSET & CAPITAL MANAGEMENT GROUP. [Doc. Nos. 22 and 23.]

A hearing was held before Magistrate Judge Cathy Ann Bencivengo on October 9, 2009, at 1:30 p.m. Craig Fagan, Esq., appeared on behalf of plaintiff. ASSET & CAPITAL MANAGEMENT GROUP did not appear. On October 9, 2009, this Court granted plaintiff's request for an order enforcing the subpoena and directed ASSET & CAPITAL MANAGEMENT GROUP to produce copies of the documents described in Exhibit 1 of the subpoena [Doc. Nos. 16 and 17], to Craig Fagan, attorney for plaintiff, at 3505 Camino del Rio South, Suite 250, San Diego, CA 92108, on or before November 13, 2009. [Doc. No. 25.] In the order, ASSET & CAPITAL MANAGEMENT GROUP was notified that failure to comply with the Order may subject it to sanctions for contempt of court. [Id.] Plaintiff served the Order on ASSET & CAPITAL MANAGEMENT GROUP. [Doc. No. 26-1.]

On November 13, 2009, plaintiff filed an Ex Parte Application to Set a Motion for OSC re Contempt for the President and Owner of Defendant Asset & Capital Managment Group, Thai Han, due to defendant's failure to comply with the Court's Order's of October 9, 2009 (hereinafter the "second OSC request"). [Doc. No. 26.] Plaintiff requests that a second OSC hearing be set and that Thai Han be ordered to personally appear at the OSC hearing. [Doc. No. 26 at 5.] According to plaintiff, Thai Han is the owner, president and agent for service of process of ASSET & CAPITAL MANAGEMENT GROUP. [Doc. No. 26-1 at 2, 3.]

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

Plaintiff's second OSC request is GRANTED IN PART.

**THAI HAN**, in his capacity of agent for service of process for ASSET & CAPITAL MANAGEMENT, **IS HEREBY ORDERED TO APPEAR IN PERSON** in this Court, located at 940

1  Front St., San Diego, California, Department E, on **December 16, 2009**, at **9:30 a.m.** to show cause as to
2  why ASSET & CAPITAL MANAGEMENT GROUP has failed to respond to the subpoena.  Plaintiff
3  shall **personally serve Thai Han** with a copy of this order, as well as copies of all of the previous orders
4  and subpoenas in this matter, on or before **November 30, 2009**.  Proof of such service shall be filed with
5  the Clerk of the Court as soon as practicable.

7  DATED:  November 19, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

3